UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALEJANDRO FERNANDO CABALLERO,<br><br>   Petitioner,<br><br>   v.<br><br>A.K. SCRIBNER, Warden,<br><br>   Respondent. | ) Case No. CV 06-570 VBF(JC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |
|---|---|

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED:  June 2, 2009

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE